■ HOWARD FRIED, Individually and as Administrator of the Estate of SANDRA FRIED, Deceased, Respondent, v DAVID PLOTKIN et al., Defendants, and MID-ISLAND HOSPITAL, Appellant. — Order of the Supreme Court, Nassau County (Di Paola, J.), dated January 13, 1981, affirmed, without costs or disbursements. No opinion. Appellant's time to comply is extended until 20 days after service upon it of a copy of the order to be made hereon, with notice of entry. Mollen, P. J., Thompson, Bracken and Brown, JJ., concur.

■ GEORGE FURST, Appellant, v MILDRED FURST, Respondent. — In a matrimonial action, plaintiff husband appeals from an order of the Supreme Court, Queens County (Lerner, J.), entered April 23, 1981, which denied his motion for downward modification of alimony payments and directed him to pay the sum of $2,500 to defendant wife as counsel fees. Order modified, on the law, by deleting the second decretal paragraph thereof. As so modified, order affirmed, without costs or disbursements. The award of counsel fees to defendant was improper. She failed to demonstrate an inability to pay such fees (see *Standley v Standley*, 83 AD2d 863; *Palmer v Palmer*, 76 AD2d 905). Gibbons, J. P., Weinstein, O'Connor and Boyers, JJ., concur.

■ LONG ISLAND HOME, LTD., as Sole Owner of SOUTH OAKS HOSPITAL, Respondent, v PATRICIA DORAN, Appellant, et al., Defendant. — Order of the Supreme Court, Suffolk County (De Luca, J.), dated October 8, 1981, affirmed, without costs or disbursements. No opinion. The examination of Patricia Doran shall proceed at the place designated in the order under review, at a time to be fixed in a written notice of not less than 10 days, to be given by plaintiff, or at such other time and place as the parties may agree. Weinstein, J. P., Gulotta, O'Connor and Rubin, JJ., concur.